IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                               CASE NO. 1:98-cr-00005-MP

BRODDRICK DESHON MONGO,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Letter Motion for Correction of Judgment, Doc. 27, by Broddrick Deshon Mongo, Doc. 29. Mr. Mongo explains that he was sentenced to 180 months' imprisonment in federal court, and was later sentenced to 6.6 years by a state court, to run concurrent with his federal sentence. His release date was projected from the day of sentencing until October 2009 to be February 25, 2011. To his consternation, however, his release date was extended from 2011 to 2021. The cause of this change is not clear. In order that the Court may more fully analyze the issue, the United States is DIRECTED to respond to Mr. Mongo's letter and attachments, Doc. 29, no later than July 29, 2010. The Clerk is directed to send a copy of this order to the United States Probation Office, and one to the Federal Public Defender.

    **DONE AND ORDERED** this  *29th* day of June, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge